UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**CURTIS G. ADAMS**                                                                                                      **PLAINTIFF**

**v.**                                                                            **CIVIL ACTION NO. 1:25-CV-31-GNS**

**COMMONWEALTH OF KENTUCKY,** *et al***.**                                                   **DEFENDANTS**

**MEMORANDUM**

This is a *pro se* 42 U.S.C. § 1983 civil-rights action. By prior Order (DN 5), the Court ordered Plaintiff Curtis G. Adams, no later than May 15, 2025, to 1) file the complaint on a Court-supplied form and 2) either pay the $405 filing fee for this action or file a fully completed non-prisoner application to proceed without prepayment of fees. The Order warned Plaintiff that failure to comply would result in the dismissal of this action. The deadline has passed, and Plaintiff has failed to comply with the Court's Order.

Federal Rule of Civil Procedure 41(b) permits the Court to dismiss the action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." Although federal courts afford *pro se* litigants some leniency on matters that require legal sophistication, such as formal pleading rules, the same policy does not support leniency from court deadlines and other procedures readily understood by laypersons, particularly where there is a pattern of delay or failure to pursue a case. *See Jourdan v. Jabe*, 951 F.2d 108, 110 (6th Cir. 1991). "[T]he lenient treatment of pro se litigants has limits. Where, for example, a pro se litigant fails to comply with an easily understood court-imposed deadline, there is no basis for treating that party more generously than a represented litigant." *Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996) (citing *Jourdan*, 951 F.2d at 110).

Here, the Court concludes that Plaintiff's failure to comply with a straightforward order of the Court warrants dismissal of this action. The Court will enter a separate Order dismissing this action for the reasons set forth herein.

Date: May 20, 2025

Greg N. Stivers, Chief Judge
United States District Court

cc: Plaintiff, *pro se*
4416.011